Bogdanov v. Christus Health Corp.                                                                                Doc. 3

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Olga L. Bogdanov,
Chapter 7 Trustee

    v.                                    Civil No. 06-cv-384-JD

B&H Foto & Electronics Corp.


O R D E R


     This case was filed at the same time and by the same plaintiff as the following cases: Bogdanov v. Concentra Integrated Services, Inc., 06-cv-382-JD; Bogdanov v. Nsight Technologies, LLC, 06-cv-383-SM; Bogdanov v. Physicians Specialty Hospital of ElPaso East, L.P., 06-cv-385-PB; and Bogdanov v. Christus Health Corporation, 06-cv-386-SM. Motions to withdraw the reference from the United States Bankruptcy Court for the District of New Hampshire, along with the bankruptcy court's report and recommendation on each motion, are pending in all five cases. The motions to withdraw the reference raise the same legal principles and share similar factual bases.

     As such, with respect to the motions to withdraw the reference from the bankruptcy court, these may be related cases under Federal Rule of Civil Procedure 42(a) and Local Rule 42.1. Unless the parties or counsel advise the court otherwise, these cases will be consolidated solely for the purpose of addressing

the motions to withdraw the reference.  Any objection or other response to the order of consolidation shall be filed **on or before November 6, 2006.**

In addition, pursuant to 28 U.S.C. § 157(c)(2) the parties each shall file a notice as to whether each consents to referral of the adversary proceedings to the bankruptcy court, if the motions for withdrawal of the reference were denied, "to hear and determine and to enter appropriate orders and judgments, subject to review under section 158."  Consents or notice that a party does not consent to referral under § 157(c)(2) shall be filed **on or before November 6, 2006.**

SO ORDERED.

*/s/ Joseph A. DiClerico, Jr.*
Joseph A. DiClerico, Jr.
United States District Judge

October 24, 2006

cc:  Geraldine L. Karonis, Esquire
     B&H Foto & Elecctronics Corp.
     Olga L. Bogdanov, pro se
     US Bankruptcy Court-NH, Clerk