UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Olga L. Bogdanov,</u>
<u>Chapter 7 Trustee</u>

    v.                                Civil No. 06-cv-382-JD

<u>Concertra Integrated</u>
<u>Services, Inc.</u>


<u>Olga L. Bogdanov,</u>
<u>Chapter 7 Trustee</u>

    v.                                Civil No. 06-cv-383-SM

<u>Nsight Technologies, LLC</u>


<u>Olga L. Bogdanov,</u>
<u>Chapter 7 Trustee</u>

    v.                                Civil No. 06-cv-384-JD

<u>B&H Foto & Electronics,</u>
<u>Corp., et al.</u>


<u>Olga L. Bogdanov,</u>
<u>Chapter 7 Trustee</u>

    v.                                Civil No. 06-cv-385-PB

<u>Physicians Specialty Hospital</u>
<u>of El Paso East, L.P.</u>


<u>Olga L. Bogdanov,</u>
<u>Chapter 7 Trustee</u>

    v.                                Civil No. 06-cv-386-SM

<u>Christus Health Corp.</u>

<u>O R D E R</u>

On October 24, 2006, the court issued an order in which it proposed consolidating four other related cases into Civil No. 06-cv-384-JD: <u>Bogdanov v. Concentra Integrated Services, Inc.</u>,

06-cv-382-JD; Bogdanov v. Nsight Technologies, LLC, 06-cv-383-SM; Bogdanov v. Physicians Specialty Hospital of El Paso East, L.P., 06-cv-385-PB; and Bogdanov v. Christus Health Corporation, 06-cv-386-SM.  Olga L. Bogdanov, the Chapter 7 Trustee, filed a notice in each case consenting to consolidation.  None of the defendants responded.

Therefore, for the reasons stated in the court's order of October 24, the four cases cited above are consolidated into Bogdanov v. B&H Foto & Electronics, Corp., 06-cv-284-JD, solely for the purpose of addressing the motions to withdraw the reference from the bankruptcy court.

SO ORDERED.

_/s/ Joseph A. DiClerico, Jr._
Joseph A. DiClerico, Jr.
United States District Judge

November 14, 2006

cc:  Geraldine L. Karonis, Esquire
     Olga L. Bogdanov, pro se
     Concentra Integrated Services, Inc.
     Nsight Technologies, LLC
     B&H Foto & Electronics Corp.
     Physicians Specialty Hospital of El Paso East, L.P.
     Christus Health Corp.
     U.S. Bankruptcy Court - NH, Clerk